■ JAMES H. BRAUN et al., Appellants, v STEPHEN D. RYCYNA et al., Respondents, et al., Defendant. (Appeal No. 2.) — Judgment unanimously reversed, with costs, and new trial granted. Same memorandum as in *Braun v Rycyna* (appeal No. 1) (100 AD2d 721). (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J. — malpractice.) Present — Dillon, P. J., Doerr, Boomer, O'Donnell and Schnepp, JJ.